UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JEFFREY JOEL JUDY, an individual, | ) ) ) |
| Plaintiff, | ) Case No.: 2:24-cv-00580-JLB-NPM ) ) |
| vs. | ) ) |
| LNMT AUDUBON LLC, a Florida Limited Liability Company, | ) ) ) ) |
| Defendant. | ) ) |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice, each party shall bear its respective fees and costs.

Dated: May 7, 2025

Respectfully submitted,                    Respectfully submitted,

1

| | |
|---|---|
| /s/ Louis Mussman<br>　Louis Mussman, Esq.<br>　Florida Bar No. 597155<br>　Ku & Mussman, P.A.<br>　18501 Pines Blvd., Suite 362<br>　Pembroke Pines, FL 33029<br>　Tel: (305) 891-1322<br>　Fax: (305) 891-4512<br>　Louis@kumussman.com<br><br>　*Attorney for Plaintiff* | /s/ Todd W. Shulby<br>　Todd W. Shulby, Esq.<br>　Florida Bar No.: 068365<br>　Todd W. Shulby, P.A.<br>　1792 Bell Tower Lane<br>　Weston, Florida 33326<br>　Tel: (954) 530-2236<br>　Fax: (954)-530-6628<br>　tshulby@shulbylaw.com<br><br>　*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of May 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

By: */s/ Louis Mussman*
　　　Louis I. Mussman, Esq.